# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 97-4248/4249

_____

United States of America,

        Appellee,

v.

Gary Lefkowitz,

        Appellant.

\*
\*
\*
\*
\*   Appeals from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*      **[UNPUBLISHED]**
\*

_____

Submitted: August 3, 1999
Filed: August 9, 1999

_____

Before RICHARD S. ARNOLD, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Gary Lefkowitz appeals from the district court's[1] amended judgment following remand, and from the district court's order denying his motions for leave to appeal in forma pauperis (IFP) and for appointment of counsel on appeal. He also seeks bail pending appeal, and has moved to recall the mandate in United States v. Lefkowitz, 125 F.3d 608, 612 (8th Cir. 1997), cert. denied, 118 S. Ct. 1527 (1998) (Lefkowitz I).

_____

[1]The HONORABLE DAVID S. DOTY, United States District Judge for the District of Minnesota.

In Lefkowitz I, we reversed two of Lefkowitz's forty-five criminal convictions, and remanded to the district court "for entry of an amended judgment and for consideration of whether resentencing [was] necessary." See id. at 621. The district court amended the judgment and concluded resentencing was unnecessary. The district court also denied Lefkowitz's requests to proceed IFP, for appointment of counsel on appeal, and for bail pending appeal.

Having reviewed the record and the parties' submissions on appeal, we agree that resentencing was not necessary, and we conclude that the district court did not err in denying Lefkowitz bail, leave to proceed IFP, and appointment of counsel on appeal. We also deny Lefkowitz's motions for bail and to recall the mandate in Lefkowitz I. Finally, we deny all of Lefkowitz's other pending motions, except for his motion to withdraw an issue on appeal, which we grant.

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.